# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   )  | |
|     Plaintiff,   )  | |
| v.   )  | No. 04-6019-01-CR-DW |
|     )  | |
| MARK B. DAVIDSON,   )  | |
|     Defendant.   )  | |

## ORDER

Before the Court is the Government's motion to dismiss the indictment. (Doc. No. 61.) For good cause shown, the Court grants the motion and dismisses, without prejudice, the charge against the defendant.

IT IS SO ORDERED.

                 /s/ DEAN WHIPPLE
                   Dean Whipple
                   United States District Judge

Date: August 24, 2005